**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000828
23-FEB-2024
08:58 AM
Dkt. 66 OAWST**

NO. CAAP-18-0000828

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MIKI VILLAVERDE, R.N., Appellant-Appellant, v.
STATE OF HAWAIʻI, DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS, OFFICE OF ADMINISTRATIVE
HEARINGS, BOARD OF NURSING, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 18-1-0390-03)

ORDER APPROVING THE FEBRUARY 21, 2024
STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice of Appeal" (Stipulation) filed on February 21, 2024, by Appellant-Appellant Miki Villaverde, R.N., the papers in support, and the records and files herein, IT IS HEREBY ORDERED that the Stipulation is approved and Appeal No. CAAP-18-0000828 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi, February 23, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge